IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**MARK HAWKINS,**

    **Plaintiff,**

v.　　　　　　　　　　　　　　　　　　　Case No. 1:23-cv-242-AW-ZCB

**RICKY DIXON, et al.,**

    **Defendants.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Plaintiff, a pro se prisoner, filed this § 1983 case alleging excessive force. The operative complaint is the third amended. ECF No. 18. The magistrate judge has issued a report and recommendation, concluding certain of the claims should be dismissed. ECF No. 21. There has been no objection to the report and recommendation.

Having carefully considered the matter, I now adopt the report and recommendation and incorporate it into this order. Plaintiff's claim against FDOC is dismissed under 28 U.S.C. § 1915(e)(2)(B)(iii) because it seeks monetary relief from an immune entity. Plaintiff's claims against Defendants Kennedy and Dixon are dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim.

The magistrate judge will conduct further appropriate proceedings.

SO ORDERED on May 6, 2024.

                                                                                s/ *Allen Winsor*
                                                                                United States District Judge